William Mikalski, Jr., by William Mikalski, Sr., His Guardian ad Litem, Respondent, v. National Sugar Refining Company of New Jersey, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Johanna Miller Moosman, as Administratrix, etc., of Jacob Henry Moosman, Deceased, Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent.— Judgment reversed on reargument, and new trial granted, costs to abide the event. The defense of contributory negligence is not pleaded. To be proved, it must be

pleaded. (See Code Civ. Proc. § 841b;* *Sackheim* v. *Pigueron*, 215 N. Y. 62.) Otherwise, the plaintiff would be compelled to enter into a controversy over a matter concerning which she had no notification in the answer, that the defendant proposed to assert as an exemption from liability. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred. .

New York, Ontario and Western Railway Company, Respondent, v. The County of Orange, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

The People of the State of New York ex rel. Adele Taylor Bowne, Appellant, v. Henry S. Manning, Respondent.— Order dismissing writ affirmed, with ten dollars costs and disbursements. It may be that under the circumstances as shown to exist at the present time, the future welfare of the child will require a modification of the decree of divorce, and this decision is without prejudice to such an application. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

The People of the State of New York ex rel. Richard D. Godley, Relator, v. Henry S. Thompson, as Commissioner, etc., Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

John Solinskie, Appellant, v. Philadelphia and Reading Coal and Iron Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

John Sullivan, Respondent, v. The Bradley Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

William Swanson and Gustav Swanson, Respondents, v. Alice Davis, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Robert S. Tiernan, Respondent, v. George L. Havens, Appellant.— Judgment and order of the County Court of Suffolk county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.